No. 83–5061.   OLIVER v. LOUISIANA.   Sup. Ct. La.   Certiorari denied.

No. 83–5064.   EWING ET AL. v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 83–5080.   TENORIO-BOHOROQUEZ v. UNITED STATES. C. A. 9th Cir.   Certiorari denied. 1519.

No. 83–5116.   HARRIS v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 83–5151.   BELL v. MARSHALL, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL INSTITUTE.   C. A. 6th Cir.   Certiorari denied.

No. 83–5178.   GODDARD v. MISSOURI.   Sup. Ct. Mo.   Certiorari denied.

No. 83–5215.   STEEBE v. UNITED STATES RAILROAD RETIREMENT BOARD.   C. A. 7th Cir.   Certiorari denied.

No. 83–5252.   PARKER v. TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 83–5259.   HORTON ET AL. v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 83–5266.   NARDONE v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 83–5287.   SHEDD v. HIGGS.   Ct. App. Ga.   Certiorari denied.

No. 83–5291.   NOE v. TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 83–5302.   MOORE v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 83–5309.   RICKETT v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 83–5312.   MADERA v. CALIFORNIA.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.